# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00720-CV

**M. Y. and D. Y., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

### FROM THE 395TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 20-0090-CPS395, THE HONORABLE RYAN D. LARSON, JUDGE PRESIDING

---

### O R D E R

**PER CURIAM**

Appellant M. Y. and D. Y. filed their notices of appeal on November 9, 2022 and December 9, 2022 respectively. The appellate record was complete on November 21, 2022, making appellant's briefs due on December 12, 2022. On December 10, 2022 and December 12, 2022, counsel for appellants filed motions for extension of time to file appellants' briefs.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motions and order Kenneth A. Richey, Jr. and Lisa Marie Mims to file appellants' briefs no later than January 2, 2023. If the briefs are not filed by that date, counsel may be required to show cause why they should not be held in contempt of court.

It is ordered on December 27, 2022.

Before Chief Justice Byrne, Justices Triana and Smith